IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| NOEMI RENTAS, )<br>)<br>Plaintiff, )<br>v. )<br>Denny's Inc. (Florida), Denny's Corporation, )<br>f/k/a FLAGSTAR COMPANIES, INC., )<br>DENNY'S, INC., RREMC JV, LLC, )<br>RREMC RESTAURANTS, LLC, RREMC, LLC )<br>And JOHN DOE, )<br>)<br>Defendants. ) | Civil Action File<br>21-C-06832-S3 |

*************************************************************************

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NOEMI RENTAS, )<br>)<br>Plaintiff, )<br>v. )<br>Denny's Inc. (Florid), Denny's Corporation, )<br>f/k/a FLAGSTAR COMPANIES, INC., )<br>DENNY'S, INC., RREMC JV, LLC, )<br>RREMC RESTAURANTS, LLC, RREMC, LLC )<br>And JOHN DOE, )<br>)<br>Defendants. )<br>_____ ) | Civil Action File |

## **NOTICE OF REMOVAL**

COMES NOW DEFENDANTS DENNY'S, INC. (FLORIDA), DENNY'S CORPORATION, f/k/a FLAGSTAR COMPANIES, INC., DENNY'S, INC., RREMC JV, LLC, RREMC RESTAURANTS, LLC, and RREMC, LLC named Defendants in the above-captioned matter, by and through their counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff filed suit against DEFENDANTS DENNY'S, INC. (FLORIDA), DENNY'S CORPORATION, f/k/a FLAGSTAR COMPANIES, INC., DENNY'S, INC., RREMC JV, LLC, RREMC RESTAURANTS, LLC, and RREMC, LLC in the State Court of Gwinnett County, Georgia, which is within the Atlanta Division of this Court. 28 U.S.C.A. § 90 (a)(2). Said lawsuit is styled as above and is numbered as Civil Action File No. 20-A-3278. Plaintiff's claims against Defendants include claims of negligence.

2.

Plaintiff filed the Complaint on or about September 16, 2021. DEFENDANTS DENNY'S, INC. (FLORIDA), DENNY'S CORPORATION, f/k/a FLAGSTAR COMPANIES, INC., DENNY'S, INC., RREMC JV, LLC, RREMC RESTAURANTS, LLC, and RREMC, LLC received service of summons and a copy

of the Complaint on September 20, 2021. Defendants DENNY'S, INC. (FLORIDA), DENNY'S CORPORATION, f/k/a FLAGSTAR COMPANIES, INC., DENNY'S, INC., RREMC JV, LLC, RREMC RESTAURANTS, LLC, and RREMC, LLC file this notice of Removal within thirty (30) days after service of summons and a copy of this Complaint.

3.

Defendant Denny's, Inc. (Florida), is a Florida corporation with its principal place of business in South Carolina. Defendant Denny's Corporation f/k/a Flagstar Companies, Inc. is a Delaware corporation with is principal place of business in South Carolina. Defendant Denny's Inc. is a Florida corporation with its principal place of business in South Carolina. Defendant RREMC JV, LLC is a Florida corporation with its principal place of business in Florida. Defendant RREMC Restaurants, LLC is a Florida corporation with its principal place of business in Florida. Defendant RREMC, LLC is a Florida corporation with its principal place of business in Florida. None of the named defendants were citizens of Georgia at the time of, or immediately prior to the filing and service of said lawsuit, or at any time thereafter.

4.

Noemi Rentas is a citizen of the State of Georgia.

5.

Complete diversity of citizenship exists between Plaintiff and Defendants. The citizenship of the fictitious defendant is disregarded for purposes of removal. 28 U.S.C. § 1441(b)(1).

6.

Plaintiff alleges she "sustained serious bodily injuries, experienced great pain and suffering and incurred medical expenses" totaling $123,996.61. In addition, Plaintiff also alleges experiencing "great pain and suffering, fear, anxiety, worry and inconvenience authorizing an award of general damages". (See Plaintiff's Complaint, paragraphs 46, 47), thereby meeting the jurisdictional requirement for Federal subject matter jurisdiction. See Lowery v. Alabama Power Co., 483 F.3d 1184, 1262 n.62 (11th Cir. 2007) (quoting 28 U.S.C. § 1446(b)); Addo v. Globe Life & Accident Ins. Co., 230 F.3d 759, 761–62 (5th Cir.2000); Williams v. Safeco Ins. Co., 74 F.Supp.2d 925, 929 (W.D.Mo.1999); Southern Ins. Co. of Virginia v. Karrer, Civil Action No. 3:10–CV–84 (CAR), 2011 Westlaw 1100030 (M.D.Ga. Mar. 22, 2011); Golden Apple Management Co. v. Geac Computers, Inc., 990 F.Supp. 1364, 1368 (M.D.Ala. 1998); Jackson v. Select Portfolio Servicing, 651 F.Supp.2d 1279, 1281 (S.D.Ala. 2009); Barlow v. Variety Wholesalers, Civil Action No. 5:14-CV-375 (WLS) (M.D.Ga. Dec. 17, 2014); Devezin v. Wal-Mart Stores East, LP, Civil Action No. 1:134-CV-3721 (CAP) (N.D.Ga February 20, 2015); Peterman v. Wal-Mart Stores, Civil Action No. 1:13-cv-91 (WLS), 2013

Westlaw 5210188 (M.D.Ga. Sept. 13, 2013); Farley v. Variety Wholesalers, Civil Action No. 5:13-CV-52 (CAR), 2013 Westlaw 1748608 (M.D.Ga. April 23, 2013); Streicher v. Sam's East, Inc., Civil Action File No. CV419-01(WTM) (S.D. Ga March 4, 2019). The amount in controversy, exclusive of interest and costs, exceeds $75,000.

7.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendants.

8.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendants have attached as Exhibit "A" copies of all the pleadings that were provided to and served upon Defendants, including copies of all pleadings that have been filed to date in the State Court of Gwinnett County, Georgia for the above-styled case.

9.

Pursuant to 28 U.S.C. § 1446, Defendants are not required to file a removal bond.

10.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

11.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the State Court of Gwinnett County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, DEFENDANTS DENNY'S, INC. (FLORIDA), DENNY'S CORPORATION, f/k/a FLAGSTAR COMPANIES, INC., DENNY'S, INC., RREMC JV, LLC, RREMC RESTAURANTS, LLC, and RREMC, LLC pray that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

McLAIN & MERRITT, P.C.

/s/ Albert J. DeCusati
Albert J. DeCusati
Georgia Bar No. 215610
Attorneys for Defendants

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA 30326-3240
(404) 266-9171
(404) 365-4512
(404) 364-3138 (Fax)
adecusati@mmatllaw.com

The undersigned counsel certifies that the foregoing Notice of Removal has been prepared with one of the font and point selections approved by the court in LR 5.1B.

/s/ Albert J. DeCusati
Albert J. DeCusati

## CERTIFICATE OF SERVICE

This is to certify that on October 19, 2021, I electronically filed a **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

McLAIN & MERRITT, P.C.

/s/ Albert J. DeCusati
Albert J. DeCusati
Georgia Bar No. 215610
Attorneys for Defendants

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA 30326-3240
(404) 266-9171
(404) 365-4512
(404) 364-3138 (Fax)
adecusati@mmatllaw.com